UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TANGI REYNOLDS, as next friend of A.J. a minor and K.J., a minor,<br><br>    Plaintiffs,<br><br>v.<br><br>CHICAGO BOARD OF EDUCATION, an Illinois municipal corporation, d/b/a CHICAGO PUBLIC SCHOOLS; and JANE DOE (unidentified staff member),<br><br>    Defendants. | No: 25-cv-14201<br><br>**JURY DEMAND** |

## JOINT INITIAL STATUS REPORT

1. <u>The Nature of the Case</u>:

    A.     Jason W. Fura, Esq. (Lead Attorney)
    Thomas R. Trench, Esq.
    McNabola & Associates, LLC
    161 North Clark Street, Suite 2550
    Chicago, Illinois 60601
    jason@injuryillinois.com
    (312) 888-7000
    ***Attorney for Plaintiffs***

    Yasemine C. Givan, Esq. (Lead Attorney)
    Senior Assistant General Counsel
    *Board of Education of the City of Chicago, Law Department*
    *1 N. Dearborn, Suite 900*
    *Chicago, IL 60602*
    (773) 553-1700
    ycgivan@cps.edu
    ***Attorney for Defendant Board of Education of the City of Chicago ("Board")***

    B.     Plaintiffs allege that an employee/teacher at A.J.'s Chicago Public School, Parker Community Academy, 6800 S Stewart Ave, Chicago, IL 60621 physically assaulted A.J. and caused injury to A.J. during school hours.

    Plaintiffs believe that Defendant, Chicago Board of Education, is vicariously negligent for the actions of its agent and/or employee at the time of the occurrence.

1

        AJ's younger brother, KJ was a witness to the alleged assault and has an independent claim of negligent infliction of emotional distress.

        The Board denies any wrong doing or liability. The Board does not have a counterclaim.

    C.    The major legal issues will likely be whether the defendants violated the civil rights of AJ and caused negligent in affliction of emotional distress in his younger brother KJ.

    D.    Relief Sought by any of the parties: The Board would be seeking a finding of not liable on all counts and any other such relief the court deems appropriate.

2. **Jurisdiction:**
   A. This action arises under the Fourteenth Amendment to the United States Constitution and 42 U.S.C. § 1983. This Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3).

   B. Supplemental jurisdiction exists over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367because the facts giving rise to this occurrence form the same case or controversy.

       1.    TANGI REYNOLDS and her children A.J., a minor and K.J., a minor, are residents of the state of Illinois. Defendant Chicago Board of Education is a resident of the state of Illinois.

3. **Status of Service**: The Board waived service on December 10, 2025. Defendant Jane Doe has not yet been identified or served.

4. **Consent to proceed before a United States Magistrate Judge**: The parties do not unanimously consent to a proceeding before a Magistrate Judge at this time.

5. **Motions:** There are no pending motions. The Board anticipates responding to the Complaint by filing an answer on or before the February 9, 2026 due date.

6. **Case Plan**:

   A. Discovery Plan:
   1. The parties suggest proposing a discovery plan after the Jane Doe employee of the Board is identified. It is anticipated that all parties will engage in written discovery as well as oral discovery to include depositions of both medical and non-medical witnesses. The parties may also engage in expert discovery.

      B.      A jury demand has been filed. At this time, Plaintiff estimates the length of the trial to be approximately one (1) to two (2) weeks.

7.      Status of settlement discussions:

      A.      The parties have not engaged in any settlement discussions.

      B.      The parties are agreeable to a settlement conference if it would be productive to do so after a demand and offer have been tendered.


Date:   January 13, 2026                                                      Respectfully submitted,

By:/s/ *Jason W. Fura*
Jason W. Fura, Esq. (Lead Attorney)
Thomas R. Trench, Esq.
McNabola & Associates, LLC
161 North Clark Street, Suite 2550
Chicago, Illinois 60601
jason@injuryillinois.com
(312) 888-7000
***Attorney for Plaintiffs***

By: */s/ Yasemine C. Givan*
Yasemine C. Givan, Esq. (Lead Attorney)
*Board of Education of the City of Chicago, Law Department*
*1 N. Dearborn, Suite 900*
*Chicago, IL 60602*
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(773) 553-1700
ycgivan@cps.edu
***Attorney for Defendant Board of Education of the City of Chicago***